IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

In Re:                                    )
                                          )    No. 06-75M (MPT)
SEARCH WARRANT                            )

## MOTION AND ORDER TO UNSEAL FILE

**NOW COMES** the United States of America, by and through its undersigned counsel, and

hereby moves this Honorable Court to unseal the file, substituting the original Application and

Affidavit for Search Warrant,  Search Warrant, and Search Warrant Return, which original

documents are to remain sealed, with the enclosed redacted copies of those documents from which

is redacted privacy policy information.  Further, the United States requests that it be permitted to

give a copy of the original documents to any attorney representing any target of the investigation.

COLM F. CONNOLLY
United States Attorney

By

Edmond Falgowski
Assistant United States Attorney

Dated 6 - 15 - 07

**IT IS SO ORDERED** this _____ day of _____, 2007.

HONORABLE MARY PAT THYNGE
United States Magistrate Judge