AO 93 (Rev. 5/85) Search Warrant

# United States District Court

DISTRICT OF __DELAWARE__

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

Wilmington, DE ▇▇▇▇
described more particularly
on Attachment A

**SEARCH WARRANT**

CASE NUMBER: 06-__75M-MPT__

REDACTED  SEALED

TO: __Special Agent Taneka Harris, FBI,__ and any Authorized Officer of the United States

Affidavit(s) having been made before me by __Special Agent Taneka Harris__ who has reason to
<br>Affiant

believe that ☐ on the person of or ☒ on the premises known as (name, description and/or location)

▇▇▇▇ Wilmington, DE, described more particularly on Attachment A

in the _____ District of __Delaware__ there is now
concealed a certain person or property, namely (describe the person or property)

Items described more particularly on Attachment B

I am satisfied that the affidavit(s) and any recorded testimony establish probable cause to believe that the person
or property so described is now concealed on the person or premises above-described and establish grounds for
the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before __June 14, 2006__
<br>Date

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant
and making the search (in the daytime — 6:00 A.M. to 10:00 P.M.) ~~(at any time in the day or night as I find reasonable cause has been established)~~ and if the person or property be found there to seize same, leaving a copy
of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to _____
<br>U.S. Judge or Magistrate

as required by law. You are further authorized to comply with
the conditions of Attachment C.

__June 4, 2006  3:06 p.m.__          at  __Wilmington, Delaware__
<br>Date and Time Issued                         City and State

Honorable Mary Pat Thynge
United States Magistrate Judge                 _[signature]_
Name and Title of Judicial Officer             Signature of Judicial Officer

AO 93      (Rev. 12/03)  Search Warrant (Reverse)

# RETURN

| | | |
|---|---|---|
| | | Case Number: 06-75M-MPT |
| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
| 06/06/2006 | 06/14/2006 6:05 a.m. | [redacted] |

INVENTORY MADE IN THE PRESENCE OF
SA TANEKA S. HARRIS

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

| Item # | Description |
|---|---|
| 1 | One (1) Dell Dimension 8200 computer, serial number [redacted] |
| 2 | Ten (10) assorted 3.5" floppy disks |
| 3 | Six (6) PC100 Iomega Zip disks and three (3) 700 MB CD-R disks |
| 4 | One (1) Sony VAIO laptop computer, serial number [redacted] p/n number [redacted] with laptop case, battery and power cord and one (1) Imation 650 MB CD-R "Union Pacific Report" disk |
| 5 | One 20 GB, Apple IPod, serial number [redacted] |
| 6 | One 30 GB, Apple IPod, serial number [redacted] |
| 7 | One 60 GB, Apple IPod, serial number [redacted] |
| 8 | One (1) hand written letter with drawing |
| 9 | One (1) Dell Dimension 8300 computer, serial number [redacted] |
| 10 | One (1) APT laptop computer, model number [redacted] serial number [redacted] with laptop case, battery and Eathernet card |
| 11 | One (1) Sony VAIO desktop computer, model number PVC-L640, serial number [redacted] |
| 12 | One (1) Apple Powerbook G4 computer, serial number [redacted] with case, battery and power cord |
| 13 | Fourteen (14) CD-R/CD-RW 700 MB disks |
| 14 | Thirteen (13) assorted 3.5" floppy disks |
| 15 | One (1) Apple Powerbook G4 computer, serial number [redacted] |
| 16 | Nine (9) assorted 3.5" floppy disks |
| 17 | Five (5) 700 MB CD-RW disks, nineteen (19) 700 MB CD-R disks and one (1) 4.7 GB DVD-R disk |

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

*Taneka S. Harris* [signature]

Subscribed, sworn to, and returned before me this date.

[signature]   6/25/06
Signature of Judge   Date

ATTACHMENT A

LOCATION TO BE SEARCHED

The location of ███████████████ Wilmington, Delaware ███ is a large two story single-family home with a ███████
████████████████████████████████████████████████
████████████████████████████████████████████████

1

ATTACHMENT B

LIST OF ITEMS TO BE SEIZED

1. Images of child pornography, as defined in 18 U.S.C. § 2256(8), and child erotica, in any format or medium, whether digital, computer file, video tape, film, magazine, or otherwise, including but not limited to the following computer files:

    a. Preteen Boys 3some RBV KDV PT R@YGOLD PRT PTHC PJK Preteen Kids Boys Little illegal Incest Pedo Young Gay Teen Innocent Child Hairless 01 (1).jpg.

    b. Preteen Boys 3some RBV KDV PT R@YGOLD PRT PTHC PJK Preteen Kids Boys Little illegal Incest Pedo Young Gay Teen Innocent Child Hairless 02_edited.jpg.

    c. Preteen Boys 3some RBV KDV PT R@YGOLD PRT PTHC PJK Preteen Kids Boy Little illegal Incest Pedo Young Gay Teen Innocent Child Hairless 06.jpg.

    d. Real & Photo by Carl Preteen R@ygold, pedo, boys and girls fuck, inzest, family, taboo, webcam, incest, virgin, virgins, schoolteens.net, fay, lesbo, teens, young, 12yo, 15yo.jpg.

    e. Steifer Kinder Penis 9yr old boy 1, Preteen lolita kiddy porn underage illegal sex child ddoggprn Bilder nudist nackt gay masturbate fucking fuck animal dog horse ficken (2).jpg.

2. Documents and records, in any format, regarding the

receipt and/or distribution of child pornography, including the five computer files listed above.

3. Computers, computer hardware, computer manuals, and related documentation, computer passwords and data security devices that may be, or are used to visually depict child pornography or child erotica.

4. Computer software, including programs to run operating systems, applications (such as word processing and graphics), utilities and communication programs, including, but not limited to LimeWire P2P software.

5. Indicia of occupancy of ███████████████, Wilmington, Delaware ████, including but not limited to mortgage documents, rental and lease agreements, utility bills, keys, and postmarked mailings.

6. Indicia of subscription to Internet Service Providers, including Comcast residential high speed Internet service, Account No. ████████.

7. Documents and records in any format, regarding the use of email screen names: ████████████████████ ████████████████ (all @comcast.net).

## ATTACHMENT C

With respect to any videotapes, cameras and any computer hardware, software, and storage media, authorization is hereby granted for the FBI, and other law enforcement officers under its direction, to remove such items from the premises in order for them to be processed off the premises at a later time for the items described on Attachment B.